# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

V.

MAURICE A. TAYLOR
a/k/a Wee Wee

**WITNESS LIST**

Case Number: 5: 21-CR-101-DCR-1

| PRESIDING JUDGE<br>Chief Judge Danny C. Reeves | PLAINTIFF'S ATTORNEY<br>Roger West | DEFENDANT'S ATTORNEY<br>Gayle Slaughter/Matthew Boyd |
|---|---|---|
| TRIAL DATE(S)<br>January 12, 2023 - Sentencing Hearing | COURT REPORTER<br>Linda Mullen | COURTROOM DEPUTY<br>Lisa Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| W1 | | 01/12/23 | | | **Witness: Shad Aaron Wilson - codefendant** |
| W2 | | 01/12/23 | | | **Witness: Tannare Cornelius Brown - codefendant** |
| W3 | | 01/12/23 | | | **Witness: Ouisha Simone Talbert - codefendant** |
| W4 | | 01/12/23 | | | **Witness: Raeshawna Michelle Campbell – codefendant** |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1